# United States District Court

**DISTRICT OF**     COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | CASE NUMBER: 11-mj-00039-GJR |
| Fidel Silva, Jr.<br>1528 Ursula Way<br>East Palo Alto, CA 94303<br>(Name and Address of Defendant) | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 16, 2011__ in _____Mesa_____ county, in the District of __Colorado,__ defendant, did (Track Statutory Language of Offense)

knowingly, willfully and unlawfully move and travel in interstate commerce; to wit: from Colorado to East Palo Alto, California with the intent and purpose of avoiding prosecution for First Degree Burglary, three counts of Theft, two counts of Aggravated Robbery, five counts of Menacing, First Degree Murder, two counts of Attempted First Degree Murder, and three counts of First Degree Assault, in the State of Colorado.

in violation of Title __18__ United States Code, Section(s) __1073__ I further state that I am a __Special Agent__ and that this complaint is based on the following facts:
         Official Title

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof:   Yes ☒   No

Signature of Complainant
SA Erin Falb
FBI Grand Junction, Colorado

Sworn to before me and subscribed in my presence,

August 23 2011   at   Grand Junction, Colorado
Date                          City and State

Gudrun Rice
United States Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

<u>AFFIDAVIT</u>

Special Agent Erin Falb, Federal Bureau of Investigation, after being duly sworn, deposes and says the following:

1. I have been a Special Agent in the Federal Bureau of Investigation (FBI) for eleven months and have been responsible for investigating a variety of federal crimes, including violations of Unlawful Flight to Avoid Prosecution. The following information is provided solely for the purpose of establishing probable cause and does not include all the information that I and other law enforcement officers have gathered during the course of this investigation.

2. On August 15, 2011, Grand Junction Police Department (GJPD), Detective Cody Kennedy, (hereinafter referred to as Kennedy), provided the following information to Special Agent Erin Falb, FBI, regarding the Unlawful Flight to Avoid Prosecution complaint against Fidel Silva, Jr. and Jaime Sahagun Cardenas.

3. On July 16, 2011, the GJPD responded to a robbery in progress at 2502 Hwy 6&50, Grand Junction, Mesa County, Colorado. At approximately 0930 hours, a Hispanic male in his 20s-30s was seen talking with a store employee. This male exited the building and shortly thereafter a second Hispanic male entered the business holding a black handgun in his right hand. The male ordered the two store employees to open the safe and cash register, took the money, and left the store northbound on foot.

4. On July 16, 2011 at approximately 1717 hours, GJPD officers were dispatched to 2655 Chestnut Court in Grand Junction, Colorado on a report of a burglary in progress. A neighbor had contacted the police stating that the residents of the aforementioned address were out of town and that a U-Haul was backed up to the garage door with two Hispanic males loading items into it. When the neighbor called out to the males, they quickly left residence and drove away.

5. Contact was made with the residents of the home advising them of the situation. On July 17, 2011 at approximately 0044 hours, Officer Earthman received a phone call from the residence of 2655 Chestnut Court, Pamela Hayden. Hayden stated upon return to their home, two empty holsters were found in the house with the weapons missing. The weapons were described as being a Ruger brand Blackhawk .357 Magnum, black in color revolver and a 1911 model .45 caliber.

6. Ofc. Gardner and Cpl. Simonson of the GJPD went to the U-Haul rental facility at 2949 North Avenue and provided the description of the suspects given by the neighbor to the employees, who said they had rented a truck to a group of Hispanic males earlier that day that matched the description. The rental agreement was provided by U-Haul and showed that truck #EL1989K was rented on 07/16/2011 at 1645 hours by Lester Miranda, date of birth 08/26/1992, and returned on 07/16/2011 at 1739 hours with a total of 12 miles traveled. Officers processed the vehicle and located a piece of jewelry inside the vehicle which was later identified to have been stolen from the residence of 2655 Chestnut Court.

7. On July 16, 2011 at approximately 1750 hours, GJPD Officers were dispatched to Teller Arms Liquors located at 2353 Belford Avenue, Grand Junction, Colorado, for an armed robbery in progress. Upon interview of the employee, the robber was described as speaking clear English, but appeared to be Hispanic. A gun was used by the male and approximately $2,000.00 was taken along with a $700 Samsung laptop.

8. Through review of the surveillance video from both armed robberies and neighborhood canvasses where the incidents occurred, it was determined that a silver colored sedan, possibly a Dodge Stratus or Chrysler Sebring was in the area of the Teller Arms Liquors robbery. Additionally, the male Hispanic responsible for both armed robberies appeared to be the same, but wearing different colored shirts.

9. On July 16, 2011 at approximately 2245 hours, GJPD officers were dispatched to Taco Bell at 850 North Avenue on the report of shots fired. Callers reported a black male and a Hispanic male were running from the scene after several shots were fired.

10. Upon arrival, Jorge Carraso, date of birth 04/27/1980, was found bleeding badly and transported to St. Mary's Hospital where he later died of his wounds. An autopsy later conducted by the Mesa County Coroner's office showed Carraso had been shot several times with one round causing his death. The bullet causing his death was recovered from inside his body and determined to be a full metal jacket .45 caliber round. The cause of death was ruled as homicide.

11. Also on scene was Cesar Holguin, date of birth 11/07/1975. Cesar had a gunshot wound to his arm, Omar Garcia, date of birth 12/13/1977, had shrapnel from the shooting embedded in the side of his head.

12. Upon speaking with Holguin and Garcia, officers learned that a male approached them from the parking lot area to the north and yelled "X-I-V, mother fuckers!" and opened fire on them. Holguin and Garcia claim they do not know this person and do not know who would try to kill them like this.

13. Crime scene investigators were called to the scene to process it for evidence and located seven spent shell casings. The casing was brass in color with the markings "45 AUTO R P" on the bottom.

14. Det. Kennedy contacted the Hayden residence to inquire about the ammunition that was in the 1911 .45 caliber at the time it was stolen. Ronald Hayden stated the box of ammunition was still at the residence used to fill the handgun. Upon retrieval of the box, the rounds were .45 caliber Remington brand full metal jacket rounds. The casing were made of brass and had "45 AUTO R P" on the bottom. The ammunition appeared to be the same ammunition that was recovered from the Taco Bell homicide scene. The bullet appeared to be the same as the bullet recovered from Corraso's body.

15. While investigating the burglary at the Hayden residence, Det. Piotrowski looked into Lester Miranda, date of birth 08/26/1992, the person whose name was on the rental agreement.

Det. Piotrowski found Miranda's Facebook social networking profile on the internet based upon his demographic information obtained and observed a silver colored Chrysler Sebring bearing Colorado license plate 514TSL on the network profile.

16. During the interview of the victims Holguin and Garcia, they advised that they had been at Barry's Car Wash at 2884 North Avenue with Carraso washing and detailing their cars at from 2120 to 2220 hours. Video surveillance obtained from the car wash confirms this and also documents a silver Chrysler Sebring in the area at 2145. This vehicle is in the area for approximately four minutes near the three victims, but does not have any contact with them and leaves a short time later, having conducted no business at th car wash.

17. On July 21, 2011, Miranda was contacted by GJPD officers and asked if he would come into the GJPD to talk. Miranda agreed and voluntarily spoke with Det. Cowgill and Det. Kennedy.

18. Upon being confronted with witness accounts of four males being present when 2655 Chestnut Court was burglarized, Miranda admitted he was present at the burglary. Miranda stated that his friend Christian Fuentes, date of birth 06/01/1991, and two of his friends identified as "Jimmy" and "Fidel", had asked him to rent a U-Haul because they didn't have an ID. They had told him they found a house that was "lonely" (unoccupied) and had already been in it to observe guns, jewelry and a safe.

19. After taking the items from the residence, Miranda was shown gold jewelry and other items to include two guns he described as being a .45 and a revolver. The U-Hall was then returned to the rental facility where they got into Miranda's Chrysler Sebring.

20. After dropping off the U-Haul, "Jimmy" talked about needing some money for clothes and decided to rob Teller Arms Liquor. Fuentes drove Miranda's car while "Jimmy" went into Teller Arms Liquor and robbed the store. Miranda confirmed that they gun "Jimmy" had used to rob the liquor store was the revolver they had stolen from 2655 Chestnut Court.

21. Later that same night on July 16, 2011, Miranda picked up Fuentes, "Jimmy", and "Fidel" at the Best Western and drove down North Avenue where they observed Cesar Holguin eating outside of Taco Bell with Jorge Carrasco and Omar Garcia. Fuentes had called Holguin a "trophy", saying he had heard about him while he was in jail in California. Miranda explained that Holguin and his friends were "South Siders" (Surenos) and that Fuentes, "Jimmy", and "Fidel" were Nortenos.

22. Miranda stopped the car near Taco Bell while "Jimmy" and "Fidel" got out and had walked over to where Holguin, Carraso, and Garcia were and shot at them. The two ran back to the car and left the area. Miranda stated that "Fidel" had the .45 and "Jimmy" had the revolver.

23. Miranda also told the Detectives that "Jimmy" and "Fidel" had robbed a check cashing place on 6&50 earlier that morning.

24. GJPD subsequently learned that Fuentes was in custody in California on a separate murder charge. California authorities also provided GJPD Detectives with full names, dates of birth, pictures, and arrest histories for Christian Fuentes, Jaime Sahagun Cardenas, date of birth 08/14/1991, (AKA Jimmy) and Fidel Silva, date of birth 05/19/1987. These pictures were shown to Miranda made positive identification of those involved in the crimes that occurred on July 16, 2011.

25. It is the belief of your affiant and Detective Kennedy that Fidel Silva, Jr. and Jaime Sahagun Cardenas have fled the State of Colorado and are in the East Palo Alto, California area.

The above information is known to be accurate and true through joint investigative efforts by the Grand Junction Police Department, Detective Cody Kennedy and your affiant.

Erin Falb, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in
my presence this day of August 2011.

Gudrun Rice
United States Magistrate Judge